MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

Telephone: 415.436.6857
Facsimile:  415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $49,000 IN UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> JOSEPH MARASCO, ) <br> ) <br> Claimant. ) <br> _____ ) | No. 12-CV-3973 MEJ <br><br> STIPULATION AND ORDER RE: SCHEDULING OF CMC |

The parties agree, subject to the Court's approval, that the case management conference ("CMC") be rescheduled for September 5, 2013. Unless it is rescheduled, the CMC is currently set for August 29, 2013.

The reason for the requested rescheduling is in order for (1) claimant to respond completely and fully without objection and under oath by August 28, 2013, to all outstanding interrogatories and requests for documents which the government served on him on March 1, 2013; and for (2) claimant

to provide by August 28, 2013, a verification for his responses to special interrogatories which he served on the United States on September 19, 2012.

In their case management filed June 4, 2013, the parties agreed to resolve a discovery dispute which arose because claimant failed to respond under oath to interrogatories and requests for documents served on him on March 1, 2013. The parties agreed to have the Court order claimant to respond on or before July 8, 2013 and to order that claimant waived his right to object to the interrogatories and document requests. On June 5, 2013, the Court entered the parties' stipulated order, and rescheduled the case management conference for August 29, 2013.

Claimant, who failed to comply with the Court order by responding on or before July 8, 2013, still has not responded. When asked to meet and confer about claimant's failure's, counsel agreed to meet on July 31, 2013. On July 31, 2013, before the meet and confer could take place, counsel called to request another extension for claimant to respond to the interrogatories and documents requests. According to his counsel, claimant is willing to respond fully, completely and under oath to the pending interrogatories and requests for production of documents by August 28, 2013, and to provide by August 28, 2013 the verification for responses to special interrogatories which claimant served on the government on September 19, 2012.

Although the government does not agree to an extension, the government submits that it makes more sense for the Court to hold the CMC on September 5, 2013 which makes the parties' joint case management statement due on August 29, 2013 – *after* claimant has provided full and

///
///
///
///
///
///
///
///
///

Stip & Order Re: Scheduling of CMC
No. 12-CV-3973 MEJ                                2

1  complete, verified answers to pending interrogatories and document requests and has provided the
2  verification for the special interrogatory responses which he served on September 9, 2013.

3
4  IT IS SO STIPULATED:                    MELINDA HAAG
                                           United States Attorney
5  Dated: ~~July~~ August 1, 2013
                                           /s/ Patricia J. Kenney
6                                          PATRICIA J. KENNEY
                                           Assistant United States Attorney
7                                          Attorneys for the United States

8                                          LAW OFFICES OF HANLON AND RIEF
9  Dated: July 31, 2013
                                           /s/ Sara Rief
10                                         SARA RIEF
                                           Attorney for Claimant Joseph Marasco
11
                                           LAW OFFICES OF JEFF WOZNIAK
12
13 Dated: July 31, 2013
                                           /s/ Jeff Wozniak
14                                         JEFF WOZNIAK
                                           Attorney for Claimant Joseph Marasco
15

16 UPON CONSIDERATION OF THE PARTIES' STIPULATION, it is by the Court on this ____
17 day of August  2, 2013, ordered that the case management conference scheduled for August 29,
18 2013, is rescheduled for September 5, 2013 at 10:00 a.m. The parties shall file a joint case
19 management statement on or before August 29, 2013.

20
21                                         _____
                                           HONORABLE MARIA-ELENA JAMES
22                                         United States Magistrate Judge

23
24
25
26
27
28