UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  $49,000.00 IN US CURRENCY,  Defendant. _____/ | No. C 12-3973 MEJ  **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**  **ORDER RE: DISCOVERY** |

The Court is in receipt of the parties' Joint Case Management Statement, filed August 29, 2013. Dkt. No. 17. Good cause appearing, the Court CONTINUES the Case Management Conference to December 19, 2013 at 10:00 a.m. in Courtroom B. The parties shall file an updated case management statement by December 12, 2013. As to the parties' discovery disputes addressed in the joint statement, the parties are directed to comply with the undersigned's discovery standing order.

**IT IS SO ORDERED.**

Dated: August 29, 2013

_____
Maria-Elena James
United States Magistrate Judge