UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12-cv-03973-MEJ |
|---|---|
| Plaintiff, | |
| v. | **STATUS ORDER** |
| $49,000 IN UNITED STATES CURRENCY, | |
| Defendant. | |

This matter is currently scheduled for a Case Management Conference on December 19, 2013. However, as no joint statement has been filed, the Court VACATES the conference and ORDERS the parties to file a status report by December 18, 2013.

**IT IS SO ORDERED.**

Dated: December 13, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge