UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>$49,000 IN UNITED STATES CURRENCY,<br><br>　　　　　Defendant. | Case No.  12-cv-03973-MEJ<br><br>**ORDER RE: CASE STATUS**<br><br>Re: Dkt. No. 20 |

Upon review of the parties' Case Management Statement, the Court GRANTS the request to schedule a Case Management Conference on March 6, 2014 at 10:00 a.m. in Courtroom B. The parties shall file an updated joint statement by February 27, 2014.

**IT IS SO ORDERED.**

Dated: December 19, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge