MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PATRICIA J. KENNEY (CABN CABN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.6857
    Facsimile:  415.436.7234
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br>$49,000 IN UNITED STATES CURRENCY,<br><br>    Defendant. | Case No.  12-CV-3973 MEJ<br><br>JUDGMENT AND DISMISSAL<br>OF THIS ACTION |
| JOSEPH MARASCO,<br><br>    Claimant. | |

1  UPON CONSIDERATION of the parties' Settlement Agreement, the entire record and for good
2  cause shown, it is by the Court on this    10th   day of January, 2014
3  ORDERED, ADJUDGED AND DECREED that $37,000 of defendant $49,000 BE, and hereby
4  IS, FORFEITED to the United States with direction to the United States Marshals Service to dispose of
5  it in accordance with law; and it is further
6  ORDERED that $12,000 of defendant $49,000 will be returned to claimant Joseph Marascao
7  after compliance with the terms of the Settlement Agreement and in accordance with the normal
8  procedures which the Drug Enforcement Administration has for returning property; and it is further
9  ORDERED that this case be, and hereby is, DISMISSED.

THE HONORABLE MARIA-ELENA JAMES
United States

*IT IS SO ORDERED*
*Judge Maria-Elena James*

Approved as to form:

SARA RIEF
LAW OFFICES OF HANLON AND RIEF
Attorney for Claimant Joseph Marasco

JEFF WOZNIAK
LAW OFFICES OF JEFF WOZNIAK
Attorney for Claimant Joseph Marasco

JUDMENT AND DISMISSAL
NO. 12-CV-3973 MEJ                    2